IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 3:19-mj-201-DSC |
| | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **MISCELLANEOUS RELIEF** |
| MIRIAM TORRES-RODRIGUEZ | ) | |
| | ) | *UNDER SEAL* |

THIS MATTER is before the Court on the parties' Joint Motion for Miscellaneous Relief.

The Court has carefully reviewed the Motion, and believes that good cause has been shown to justify the issuance of this Order directing detention facilities within the Western District of North Carolina to not include the above-captioned Defendant's name, photograph, date of birth, or other data in their website or other publicly available information for a period of ninety (90) days, or until the issuance of an earlier order of the Court.

The Court will direct the Clerk's office to seal the Motion and this Order, and any mention or ECF docketing entry of this Motion and Order pending further Order of the Court, after a copy of this Order shall have been disclosed solely to the United States Marshals Service, the Union County Sheriff, the Mecklenburg County Sheriff, defense counsel, and the United States Attorney's Office (Steven.Kaufman@usdoj.gov). The existence of, and the contents of, this Motion and Order shall not be disclosed to the public.

SO ORDERED this 20th day of August 2019.

_____
THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE